## MILLER v. STATE.
### No. 20720.

Court of Criminal Appeals of Texas.
Jan. 3, 1940.

H. G. Woodruff, of Decatur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the penitentiary for one year.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial of his case. The record is before this court without statement of facts or bills of exception.

No error having been presented, the judgment is affirmed.